USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/17/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GREGORY MEEKER,<br><br>        Petitioner,<br><br>-against-<br><br>PATRICK MCFARLAND, Residential Reentry Manager, New York Regional Reentry Office,<br><br>        Respondent. | 1:23-cv-4034-GHW<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The Court, having examined the petition in this action, which Petitioner filed pursuant to 28 U.S.C. § 2241, hereby ORDERS that:

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

Within thirty days of the date of this order, Petitioner may file a response to the pending motion to dismiss.[1] The U.S. Attorney's Office shall file reply papers, if any, within thirty days after service of the response.

SO ORDERED.

Dated: May 17, 2023
   New York, New York

                    _____
                    GREGORY H. WOODS
                    United States District Judge

---

[1] Petitioner filed this petition in the United States District Court for the District of Rhode Island. (ECF 1.) The Government moved to dismiss the petition on the merits and for failure to exhaust, and also for lack of jurisdiction of Petitioner's custodian. (ECF 2.) That court transferred the matter here without addressing exhaustion or the merits of the petition. *See Meeker v. Houston House*, No. 23-CV-00148 (D.R.I. filed Apr. 10, 2023) (ECF 3.)