UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/14/2023
```

GREGORY MEEKER,

                              Petitioner,

                  -against-

PATRICK MCFARLAND, Residential Reentry
Manager, New York Regional Reentry Office,

                              Respondent.

1:23-cv-4034-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

Petitioner filed this action in the District of Rhode Island on April 23, 2023 pursuant to 28
U.S.C. § 2241.  Dkt. No. 1.  In his petition, Petitioner asserted that he had not been provided proper
credits under the First Step Act.  The action was transferred to this Court on May 9, 2023.  Dkt. No.
3.  On May 17, 2023, the Court ordered that the United States Attorney for the Southern District of
New York respond to the petition within thirty days.  Dkt. No. 6.  In the interim, however, on June
1, 2023, Petitioner filed a motion to dismiss the action.  Dkt. No. 8.  In support of his motion to
dismiss the action, Petitioner filed a declaration asserting that "I have received all of the FSA credits
I was owed and am being released any day, thank you."  Dkt. No. 9.

Because the Court understands that Petitioner has received all of the relief that he sought
and that there is no active dispute to be resolved or remedied, Petitioner's motion to dismiss this
action is granted without prejudice.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would
not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.  See
*Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).  Petitioner has not made a substantial showing
of the denial of a constitutional right, so the Court denies a certificate of appealability under 28
U.S.C. § 2253.

The Court thanks Mr. Meeker for notifying it that the issues that he had presented to the Court have been resolved.

The Clerk of Court is directed to terminate all outstanding motions, to close this case, and to mail a copy of this order to Mr. Meeker.

SO ORDERED.

Dated:  July 14, 2023
        New York, New York

_____
GREGORY H. WOODS
United States District Judge

2