UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GREGORY MEEKER,

                        Petitioner,

      -against-                                 23 CIVIL 4034 (GHW)

                                               **JUDGMENT**

PATRICK MCFARLAND, Residential Reentry
Manager, New York Regional Reentry Office,

                        Respondent.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated July 14, 2023, because the Court understands that Petitioner has received all of the relief that he sought and that there is no active dispute to be resolved or remedied, Petitioner's motion to dismiss this action is granted without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962). Petitioner has not made a substantial showing of the denial of a constitutional right, so the Court denies a certificate of appealability under 28 U.S.C. § 2253. The Court thanks Mr. Meeker for notifying it that the issues that he had presented to the Court have been resolved; accordingly, the case is closed.

**Dated:**  New York, New York

      July 14, 2023

                                                      **RUBY J. KRAJICK**

                                                        _____
                                                             **Clerk of Court**

                                    **BY:**  *K. Mango*

                                                             _____
                                                             **Deputy Clerk**